2.  Because U.S.I.C.E. confiscated my passport during NSEERS registration in February 2003 and did not return it to me even after Immigration Judge Bukzspan terminated my removal proceedings, I have been prevented from traveling outside the United States. Moreover, I have been unable to renew or extend my passport, which expired in December 2004, because in order to do either, I must submit the original passport as well as my original Form I-94 arrival/departure card to the Moroccan Consulate General (see http://www.moroccanconsulate. com/pass.cfm).

3.  Since April and I married, we have wanted very badly to travel to Morocco so that I can introduce her to my family. I have not seen my family since I came to the United States in 2001, and miss them terribly. My mother, father, brother and sister all live in Morocco, and I am extremely close to them. Therefore it has been very painful not being able to see them all these years. My mother and father are not able to come the U.S. to visit me, because neither of them is in good enough health to travel to see me. My father has bad knees and my mother has diabetes. My mother also has the beginning stages of macular degeneration. I would like for her to see me again before she is in the advanced stages and cannot see anymore. When I have received news in the past about their failing health, it has caused me great anxiety, and I feel helpless not being able to go to them. It has upset me so much that my relatives have kept news about my parents' health from me. Once, my brother went to Morocco because my mother became sick without telling me, because he knew how upset I would be. Also, since I left Morocco, both my brother and my sister have had children. Not being able to see my new nieces breaks my heart as well as my family's hearts.

4.  My family is enormously saddened by missing me every holiday and every celebration. My parents were overjoyed when I told them I got married, and have wanted to meet my wife very badly. They want to plan a second wedding in Morocco since they could not come to our wedding in City Hall and our Hawaiian style luau celebration in Connecticut with my in-laws. However, because so much time has passed, I doubt we will ever have our wedding in Morocco. I have not been able to share the happiest occasion of my life with my family. Time and again, my wife and I would get our hopes up about when my immigration case will be finished. After one of our immigration interviews, April and I thought we would be able to go to Morocco after the interview. When my mother found out that it was going to be another year before I could expect to be scheduled for another interview, she cried over the telephone. The way that made me feel is indescribable.

### D.  I have lost significant work time

13. Each of the activities below has and will continue to demand my time while my adjustment application is pending:

a. I have been requested by USCIS to report to its branch office five times for fingerprinting and biometric. Each time, I have had to take a full day off from work, because I am required to wait several hours in line in order to have my fingerprints and biometrics captured.

b. Each of the total 4 work permit applications discussed earlier took significant time to prepare.

c. I have inquired and worked with the offices of my congressperson.

d. I have spent considerable time making numerous inquiries with U.S. Citizenship & Immigration Services, having gone to approximately 16 "Infopass" appointments. Much of this time is spent waiting hours at a time to be called by an Infopass officer – a frustrating and tiring experience in itself. In sum, I have spent about 32 total hours on Infopass appointments.

### E.   Complications to work and personal life planning

(14) During the last years and months, my wife and I have lived in constant fear that her I-130 petition on my behalf and my adjustment application may be denied. If denied, I may have to pack up and leave the U.S., and my wife will be faced with having to make excruciating choice whether to stay in the U.S. without me, or to pack up her life and leave behind all her family and friends in the U.S. to live with me in Morocco – a country to which she has never even visited. The emotional toll this has taken on us is getting more difficult for us to bear as our applications remain further delayed.

(15) Since we became married, it has not been possible for us to travel together outside the domestic United States. I have been distraught over not being able to visit my family and loved ones in Morocco.

### F.   Delay to citizenship eligibility

16.  A permanent resident who is married to a U.S. citizen must reside continuously in the United States for a period of three years before becoming eligible to apply for US citizenship. The delay in the adjudication of my wife's I-130 petition and my adjustment application (in case the final adjudications are both approvals) has delayed my eligibility for US citizenship. US citizenship provides important rights and responsibilities for me to fully participate and integrate into American society.

22.  While the delay continues with no end in sight, the hardship and financial burden has accumulated to such a point that it has become increasingly intolerable for our mental and physical health. We take the Writ of Mandamus law suit seriously, and would not have chosen this path unless we were absolutely certain no other remedies existed. We therefore pray to this Court for relief.

23.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 28 day of June, 2007.

Said Dandoune

Sworn and subscribed to me

This 28th day of June, 2007.

**QAZI F AHMAD**
Notary Public, State of New York
No. 01AH6084340, Qualified in Queens County
Commission Expires, December 02, 2010