C. **I have been unable to travel**

2. Because U.S.I.C.E. confiscated Said's passport when he registered for NSEERS in February 2003 and did not return it to him even after Immigration Judge Bukzspan terminated removal proceedings, we have been unable to travel anywhere outside the United States since we became married. In particular, we have been unable to travel to Morocco so that Said can see his family again and so I can meet his parents, siblings, and other relatives. I know that not being able to see his family has caused Said tremendous sorrow

D. **Complications to work and personal life planning**

(14) During the last years and months, Said and I have lived in constant fear that my I-130 petition and his adjustment application may be denied. If denied, my husband will have to pack up and leave the U.S. quickly, and I will be faced with having to make excruciating choice whether to stay in the U.S. without him, or to pack up my life and leave behind all my family and friends in the U.S. to live with Said in Morocco – a country which I have never even visited.

(15) Although my husband and I want to focus on our future, save money to buy a house, and start a family, the delay in our immigration cases has taken an immense emotional toll on the both of us. Because of these delays, my husband gets very depressed over our future. When he is depressed, I am depressed. I do not know how to make him feel better about not being able to visit his family. Although my family loves him and he loves them, I know that when we spend time with my family, it reminds him how much he misses his own relatives.

(16) While the delay continues with no end in sight, the hardship and financial burden has accumulated to such a point that it has become increasingly intolerable for our mental and physical health. We take the Writ of Mandamus law suit seriously, and would not have chosen this path unless we were absolutely certain no other remedies existed. We therefore pray to this Court for relief.

(17) I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 28th day of June, 2007.

April Szykeruk

Sworn and subscribed to me

this 28th day of June, 2007

*[signature: April Szykeruk]*

NOTARY PUBLIC

My commission expires on ~~April 16, 2011~~ Dec. 02. 2010

*[signature]*

QAZI F AHMAD
Notary Public, State of New York
No. 01AH6084340, Qualified in Queens County
**Commission Expires, December 02, 2010**