Immigration and Naturalization Service | Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number | Case Type | | |
|---|---|---|---|
| MSC-04-122-50591 | I-130 Immigrant Petition for Alien Relative | | |
| Received Date February 03, 2003 | Priority Date February 03, 2003 | Petitioner | SZYKERUK, APRIL |
| | | Beneficiary  A95959858 | DANDOUNE, SAID |
| Notice Date March 23, 2004 | Page 1 of 1 | ASC Code | |

APRIL SZYKERUK
28 21 33RD ST APT 4D
LONG ISLAND CITY, NY 11102

Notice Type        Receipt Notice

Amount Receive

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect** Information about your local office processing times may be obtained by calling The Bureau of Citizenship and Imigration Services (BCIS) National Customer Service Center (NCSC) at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call BCIS NCSC at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833

If you have Internet access, you can visit the BCIS website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S. BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P O Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



Form I-797C (Rev. 09/07/93) N

Immigration and Naturalization Service

## THE UNITED STATES OF AMERICA

| Receipt Number | Case Type | |
|---|---|---|
| MSC-04-122-50579 | I-485 Application to Register Permanent Residence or to Adjust Status | FAD 61 |
| Received Date<br>February 03, 2003 | Priority Date<br>February 03, 2003 | Applicant  A95959858<br>DONDOUNE, SAID |
| Notice Date<br>March 23, 2004 | Page 1 of 1 | ASC Code<br>3 |

SAID DONDOUNE
28 21 33RD ST APT 4D
LONG ISLAND CITY, NY 11102

Notice Type    Receipt Notice

Fee Previously Collected
Section: Adjustment as direct beneficiary
         of immigrant petition

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**FINGERPRINTING AND BIOMETRICS-**
The next step is to have your fingerprints and biometrics taken at a Bureau of Citizenship and Immigration Services (BCIS) Application Support Center (ASC).

Call our National Customer Service Center (NCSC) **1-800-375-5283** to schedule your appointment.
For TDD Hearing impaired assistance, please call **1-800-767-1833.**

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at 1-800-375-5283

**WHAT TO BRING TO Your appointment-**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:

- a passport or national photo identification issued by your country
- a driver's license
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices from BCIS in relation to your current application for benefits**

**Case Status-**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the BCIS website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S. BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P O Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



Form I-797C (Rev. 09/07/93) N