

Home | Contact Us | Site Map | FAQ

Search [    ] GO
Advanced Search

**U.S. Citizenship and Immigration Services**
*Securing America's Promise*

Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resource | Press Room

- → Change Of Address
- → Services While Your Case is Pending
- → Civil Surgeons
- → Processing Times
- → Case Status Online
  - → Case Status Search
  - → Register
  - → Login

Receipt Number: msc0412250591

Application Type: I130, IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN

Current Status: The fee was collected at one location, and the case is now pending at our processing site.

As a routine part of processing this I130, IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN is now at our NATIONAL BENEFITS CENTER location. On March 22, 2004, we mailed you a notice explaining this and describing how we will process your case. Please follow any instructions on this notice. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our NATIONAL BENEFITS CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

[ New Search ]

[ Printer Friendly Case Status ]

Get Acrobat Reader

06-15-2007 03:11 PM EDT

Home | Contact Us | Privacy Policy | Website Policies | NoFEAR | Freedom Of Information Act | FirstGov

U.S. Department of Homeland Security



- **Change Of Address**
- **Services While Your Case is Pending**
- **Civil Surgeons**
- **Processing Times**
- **Case Status Online**
  - **Case Status Search**
  - **Register**
  - **Login**

Receipt Number: msc0412250579

Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

**Current Status:** The fee was collected at one location, and the case is now pending at our processing site.

As a routine part of processing this I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS is now at our NATIONAL BENEFITS CENTER location. On March 22, 2004, we mailed you a notice explaining this and describing how we will process your case. Please follow any instructions on this notice. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our NATIONAL BENEFITS CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

[ New Search ]

[ Printer Friendly Case Status ]

Get Acrobat Reader

06-28-2007 04:11 PM EDT

Home | Contact Us | Privacy Policy | Website Policies | NoFEAR | Freedom Of Information Act | FirstGov

U.S. Department of Homeland Security