One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Processing Dates for the **National Benefits Center** Posted June 15, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | March 15, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Nicaraguan and Central American Relief Act (NACARA) | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | March 29, 2007 |
| I-690 | Waiver of Excludability | Waiver based upon Sections 245A or 210 of the INA | March 29, 2007 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | December 14, 2006 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | December 14, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | November 13, 2006 |

[ Print This Page ]  [ Back ]

06-15-2007 06:36 PM EDT

Home | Contact Us | Privacy Policy | Website Policies | NoFEAR | Freedom Of Information Act | FirstGov

U.S. Department of Homeland Security