DISTRICT DIRECTOR - AILA NY CHAPTER LIAISON MEETING
JANUARY 31, 2007

In Attendance:

| USCIS | AILA |
|---|---|
| Andrea Quarantillo | Cheryl David |
| Gwynne MacPherson | Gayle Oshrin |
| Sham Chin-Gee | Janet Henner |
| Stephen Rosina | Robert Gottfried |
| Dennis Bunce | Susanne Seltzer |
| John Ryan | David Grunblatt |
| James Tu | Alexis S. Axelrad |
| | Daniel Retter |
| | Marilyn Ushan |
| | Elizabeth Brettschneider |

**Opening remarks from Andrea Quarantillo, District Director of the New York USCIS District Office**

**USCIS' Proposed Filing Fee Increases:**

District Director Andrea Quarantillo began the meeting with a brief summary of the of the proposed USCIS fee increases, recently published in the Federal Register. At the time of the meeting on 1/31/07, DD Quarantillo was not yet at liberty to fully discuss all the details of the proposed fee increases but was able to share some general thoughts and insights regarding the justification of the very significant increase in filing fee amounts. The stated purposes of the filing fee increases are threefold. USCIS anticipates using the additional revenue to:

1. Improve the security and integrity of the benefits issuance process (e.g. fully fund the FBI name check process);
2. To improve customer service (e.g. the goal by the end of 2009 is 20% reduction in processing time); and
3. To fund the continued modernization of USCIS infrastructure and facilities.

DD Quarantillo was hopeful that if the fee increases do become a reality the additional revenue would bring tangible positive benefits to the New York USCIS office.

**Committee Note:**

For comprehensive details of the proposed fee increases and a copy of all the USCIS and AILA notices related to the increase please see:
http://www.aila.org/content/default.aspx?docid=21536.

Please see handouts with organizational contacts for NYC Section 245 and Adjudications posted on AILA Infonet and in the future at www.AILANY.org.

3. NY Section 245 staffing: Are there any staffing changes or any updates about detailees and term employees that you wish to share with the Chapter? Are there any updates on filling the open positions in NYC and the movement towards expansion of the translator program in the district?

Term DAOs will remain in the NY until June 2007. The term employees were scheduled to leave in January 2007 but will now remain until June 2007.

DAO Metz will leave the NY CIS office on February 15, 2007, and will be transferring to the Newark CIS District Office.

DAO Susan Young has been moved to work directly with Section Chief Rosina to review quality and quantity of workload.

There are still a significant amount of open positions in the New York District Office (30). However, recently 125 people participated in the writing test for the open DAO positions. DD Quarantillo is hopeful that 30 qualified applicants can be found from within the 125 candidates who participated in the writing test.

Currently there are 28 permanent DAO positions in the NYC 245 Unit, 17 journeyman DAOs, and 14 fast track DAOs. There are only 10 permanent clerks in the NYC 245 Unit. 3 of the 10 clerks have issues further diminishing workload capacity. There is constant 30% depletion of manpower in the NYC 245 unit.

## SECTION 245 NYC

4. In cases where the I-130 is found to be approvable, but the I-485 is deficient for some reason (including, but not limited to security clearances), can the interviewing officers be instructed and reminded to separately adjudicate the I-130 and provide approval notices?

This issue will be brought up at the training being provided to 245 Officers on February 8, 2007. In the meantime, Section Chief Rosina will remind SDAOs that I-130 petitions should be adjudicated on the day of the interview unless the case is going to be scheduled for a Stokes interview or additional evidence is required to make a decision on the I-130 petition. If the I-130

petition is able to be adjudicated on the day of the interview, proof of the approval should be provided to the beneficiary (Form I-171).

**On cases going forward** if AILA members are still finding that DAOs are not adjudicating I-130 petitions on the day of the interview (when possible) and/or are not issuing proof of the approval at the conclusion of the interview attorneys should ask to speak to the interviewing DAO's 1st line supervisor. [Comment: A supervisor will not necessarily be immediately available. If you cannot wait, a letter should be left for the supervisor's attention on the 8th Floor]. In addition, a copy of the correspondence sent to the 1st line supervisor should be sent to Section Chief Rosina. The duplicate copy for Section Chief Rosina should be clearly marked to the attention of his assistant Ms. Ambroise, and left at the front counter of the 8th Floor. The correspondence to the 1st line Supervisor and to Section Chief Rosina should include all the pertinent information including the beneficiary's name(s), A number(s), interviewing officer, etc... The best way to deliver this correspondence is to drop it off at the 8-800 window, this will ensure your file copy will be date stamped and the correspondence will be routed to Ms. Ambroise's attention.

In the February 8, 2007, training, Section Chief Rosina will be reminding SDAOs and DAOs that in the face of clear evidence of a viable marriage the I-130 petition should be approved. A common sense approach will be stressed in the training.

**Committee Note:** The procedure announced above by Section Chief Rosina to bring to his attention the failure of a particular interviewing Officer to issue Form I-171 (when possible) is, **at this time, only for cases interviewed after January 31, 2007.** Section Chief Rosina requests that correspondence on this problem only be sent for cases going forward to give the 245 Unit a chance to work on the issue. Section Chief Rosina was sensitive to the fact that applicants pending before January 31, 2007, would also like to have proof of their approved I-130 petitions but is concerned that mass correspondence on all pending cases would paralyze the Unit.

The DD Committee requests that AILA members please refrain from sending correspondence on cases you believe should have been issued Form I-171 that were interviewed prior to the annunciation of this procedure. Inappropriate use of the procedure outlined by Mr. Rosina may result in the closure of this avenue of correspondence. The DD Committee will follow up with Section Chief Rosina at the next DD meeting and request, if possible, that pending applicants prior to January 31, 2007, be able to send correspondence requesting proof of their approved I-130 petition, if applicable.