# Dominick S. Cardinale
*Attorney at Law*

21-76 36th Street
Astoria, New York 11105

Telephone: 718.274.1750
Facsimile: 718.274.1327

VIA PERSONAL DELIVERY

April 25, 2006

U.S. Citizenship and Immigration Services
711 Stewart Avenue, 2nd Fl., Sec. 245
Garden City, NY 11530

**Re.: Said Dandoune, A95-959-858**

**ATTENTION: SUPERVISOR, Section 245**

Dear SUPERVISOR:

The above referenced alien was interviewed on June 08, 2005 by DAO Lopez from Los Angeles. At the date of the interview the officer informed us that the case was approved pending security check. As of this date there has been no correspondence. Please advise this office as to the status of this case.

Please address all correspondence to: Dominick S. Cardinale, Esq., 21-76 36th Street, Astoria, NY 11105.

Thank you for your prompt attention to this matter.

Very truly yours,

Dominick S. Cardinale