

U.S. Department of Homeland Security
National Benefits Center
P.O. Box 648005
Lees Summit, MO 64064

**U.S. Citizenship and Immigration Services**

Thursday, August 3, 2006

SAID DANDOUNE
28-21 33RD ST
APT 4D
LONG ISLAND CITY NY 11102

Dear SAID DANDOUNE:

On 07/06/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 03/20/2003 |
| **Receipt #:** | MSC-04-122-50579 |
| **Beneficiary (if you filed for someone else):** | DANDOUNE, SAID |
| **Your USCIS Account Number (A-number):** | A095959858 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Our records indicate that we recently sent you an appointment notice. Your case is currently in suspense until the interview date.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

USCIS.gov

U.S. CIS - 08-03-2006 05:22 PM EDT - MSC-04-122-50579