## CONSTITUENT INFORMATION FORM AND PRIVACY RELEASE
## FOR CONGRESSWOMAN CAROLYN B. MALONEY

Name: **SAID DANDOUNE**   M ✓ F __ (check one)

Street Address: **28-21 33rd Street, Apt 4D**

City: **LIC**   State: **NY**   Zip: **11102-**

Telephone: (work) **(917)-673-8307** (home) **(718)-721-2844**

E-mail address: **sammyworld2003@yahoo.com**

List any and all identifying numbers that apply to your situation:
(Social Security #, VA #, Immigration "A" #, Case Number, etc.)
**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   A# 095-959-858 #**

Briefly describe the nature of the assistance you are requesting (list any forms you have filed, as well as any names, dates or contact numbers you think may help the Congresswoman's inquiry. If you are writing on behalf of another individual, include his or her relationship to you, his or her contact information and, if possible, have them sign this form as well):

**Application for Green Card**

Dear Madam,

I had filed my case in March 22, 2003, I had an appointment on June 2004 but when we went there, they told us that our file is not there. So they sent us another appointment on June 13, 2005 at Garden City, we had the interview by DAO Lopez from Los Angeles. The officer informed us that the case was approved pending security check. As for this date there has been no correspondence. And they still hold my passport.

If you could please let us know if my case is approved or denied, and thank you beforehand. Please know that my wife is an American citizen.

PLEASE READ AND SIGN BELOW:

I understand that the Privacy Act of 1974, 5 U.S.C. 552(a) et seq. prohibits any government agency from releasing information they may have in my name without my knowledge or permission. I hereby authorize Congresswoman Carolyn Maloney and members of her staff to obtain such information from government agencies as may be required for the purpose of investigating and resolving the concerns I have set forth herein.

Signature: *[signed]*

Date: **9/14/2006**