

CAROLYN B. MALONEY
14TH DISTRICT, NEW YORK

2331 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-3214
(202) 225-7944

COMMITTEES:
FINANCIAL SERVICES

GOVERNMENT REFORM

JOINT ECONOMIC COMMITTEE

DISTRICT OFFICES:
☐ 1651 THIRD AVENUE
SUITE 311
NEW YORK, NY 10128
(212) 860-0606

☐ 28-11 ASTORIA BOULEVARD
ASTORIA, NY 11102
(718) 932-1804

WEBSITE: www.house.gov/maloney

# Congress of the United States
## House of Representatives
Washington, DC 20515-3214

September 28, 2006

Ms. Linnea Stuart
Supervisory District Adjudications Officer
U.S. Citizenship And Immigration Services
Congressional Liaison Unit
26 Federal Plaza, Room 536
New York, NY 10278-0004

Re:  Dandoune, Said
A# 095 959 858

Dear Ms. Stuart:

I am writing on behalf of Said Dandoune, who resides in the 14th Congressional District, which I represent. Mr. Dandoune contacted me regarding his I-485 application for permanent residence.

As stated in the enclosed correspondence, Mr. Dandoune, the spouse of an American citizen, applied for permanent residence on March 22, 2003. He was interviewed on June 8, 2005. The officer informed him that his case was approved pending security checks. Since then he has heard nothing further. In addition, Mr. Dandoune tells me that his passport is still being held by the USCIS.

At this time, I request that Mr. Dandoune's case receive prompt review and every possible consideration, consistent with all applicable rules and regulations, and that he be informed when he may expect his passport to be returned. Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact Victor Montesinos in my district office at (212) 860-0606.

Sincerely,

CAROLYN B. MALONEY
Member of Congress

CBM/nc
cc: Said Dandoune

Please Reply To:
1651 Third Avenue, Suite 311
New York, NY 10128-3679

PRINTED ON RECYCLED PAPER