U.S. Department of Justice

United States Attorney
Southern District of New York



100 Church Street
New York, New York 10007

August 30, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/07

MEMO ENDORSED

BY HAND

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

         Re:  Szykeruk v. Gonzales
            07 Civ. 6184 (SHS)

Dear Judge Stein:

   I am writing respectfully to request an adjournment, to a date and time convenient to the Court, of the initial pretrial conference scheduled in the above-referenced civil action for next Friday, September 7, 2000, at 10:00 a.m. because it conflicts with two earlier-scheduled matters in which I have been required to appear that morning before Judge Holwell. Counsel for plaintiff, Tsui Yee, Esq., has consented to the requested adjournment.

   I thank the Court for its consideration of this request.

                 Respectfully,

                 MICHAEL J. GARCIA
                 United States Attorney

          By: _____
                F. JAMES LOPREST, JR.
                Special Assistant United States Attorney
                Tel. No.: (212) 637-2728

cc:  BY TELEFACSIMILE
    AND FIRST CLASS MAIL

Tsui H. Yee, Esq.
Yee & Durkin, LLP
31 East 32nd Street
New York, NY 10016

*The conference is adjourned to 12:00 noon on 9/7/07*

SO ORDERED 9/5/07

SIDNEY H. STEIN
U.S.D.J.