```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

APRIL SZYKERUK, *ET ANO*,   :   07 Civ. 6184 (SHS)

           Plaintiffs,   :

-against-   :   ORDER

ATTORNEY GENERAL ALBERTO R.   :
GONZALES, *ET AL.*,
                         :
          Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    Defendants' time to answer or move with respect to the complaint is extended to October 26, 2007; and

      2.    The next conference is scheduled for October 26, 2007, at 9:30 a.m.

Dated: New York, New York
       September 7, 2007

                                         SO ORDERED:

                                         Sidney H. Stein, U.S.D.J.