UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
APRIL SZYKERUK AND SAID DANDOUNE,

        Plaintiffs,                    **ECF CASE**

    v.

                                    07 Civ. 06184 (SHS)

GONZALES, ET AL. ,

        Defendants.            NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          September 14, 2007

                                                          Respectfully submitted,

                                                          MICHAEL J. GARCIA
                                                          United States Attorney for the
                                                           Southern District of New York

                                        By:            /S/
                                                           F. JAMES LOPREST, JR.
                                                          Special Assistant United States Attorney
                                                           86 Chambers Street, Room 410
                                                           New York, New York  10007
                                                           Tel. No.:  (212) 637-2728

TO:    Tsui H. Yee, Esq.
          74 Trinity Place, Suite 1301
          New York, NY 10006