```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

APRIL SZYKERUK, *ET ANO*,        :    07 Civ. 6184 (SHS)

                Plaintiffs,        :

     -against-        :    ORDER

ATTORNEY GENERAL ALBERTO R.      :
GONZALES, *ET AL*.,
                                 :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for all parties present,

     IT IS HEREBY ORDERED that the next conference is scheduled for January 18, 2008, at 10:00 a.m.

Dated: New York, New York
       October 26, 2007

                           SO ORDERED:

                           _____
                           Sidney H. Stein, U.S.D.J.