USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

APRIL SZYKERUK, *ET ANO*,    :    07 Civ. 6184 (SHS)

          Plaintiffs,    :

   -against-    :    <u>ORDER</u>

ALBERTO GONZALES, *ET AL.*,    :

          Defendants.    :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for all parties present,

     IT IS HEREBY ORDERED that the next pretrial conference is set for February 29, 2008, at 10:00 a.m.

Dated: New York, New York
       January 18, 2008

                          SO ORDERED:

                          _____
                          Sidney H. Stein, U.S.D.J.