UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08 6/2

-------------------------------------------------------------x

APRIL SZYKERUK, *ET ANO*,          :          07 Civ. 6184 (SHS)

                     Plaintiffs,          :

          -against-                       :          ORDER

ATTORNEY GENERAL ALBERTO R.               :
GONZALES, *ET AL.*,

                                          :

                     Defendants.

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

          A pretrial conference having been held today, with counsel for all parties present,

          IT IS HEREBY ORDERED that the next conference will be held on May 2, 2008,

at 10:00 a.m.

Dated: New York, New York
       February 29, 2008

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.