MICHAEL J GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
APRIL SZYKERUK and SAID DANDOUNE,

        Plaintiff,

        - v. -

ATTORNEY GENERAL
ALBERTO R. GONZALES, et al.,

        Defendant.
-----------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

07 Civ. 6184 (SHS)

        IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:  New York, New York
        ~~March~~ April 13, 2008

By: _____
TSUI H. YEE, ESQ.
74 Trinity Place, Suite 1301
New York, NY 10016
Tel. No. (212) 748-3335

YEE & DURKIN, LLP
Attorneys for Plaintiff

Dated:  New York, New York
        March 15, 2008

By: _____
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

SO ORDERED: 4/17/08

_____
HON. SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

A95 959 858